ROBAH JAMES WHITMAN AND WIFE, NELLIE VIOLA WHITMAN, v. PILOT LIFE INSURANCE COMPANY.

(Filed 3 January, 1940.)

**Insurance § 34b—**

　　Insured's evidence that he became disabled prior to the due date of a certain premium and failed to pay same or any subsequent premium, but that he failed to give notice of such disability until more than two years thereafter because he thought his disability temporary and not permanent, fails to disclose proof of disability during the life of the policy as required by the disability clause, or sufficient excuse for failure to give such notice, and insured's action on the disability clause was properly nonsuited.

APPEAL by plaintiff from *Johnston, Special Judge,* at May Term, 1939, of FORSYTH.

Civil action for recovery of benefits under disability provision in policy of life insurance.

On 15 September, 1925, defendant issued a policy of insurance upon the life of plaintiff, Robah James Whitman, for two thousand dollars, in which his wife, Nellie Viola Whitman, was named as beneficiary. This

policy contained a provision for payment of benefits for total and perma-
nent disability as therein defined, and for waiver of premiums during
such disability, "upon receipt and approval of proof satisfactory to the
company, while this policy is in full force and effect . . ." Evidence
for plaintiff tends to show that the premium due 15 September, 1936,
was not paid, nor was any premium thereafter paid; that plaintiff filed
with defendant proof of disability in January, 1939, and that while he
was disabled prior to 15 September, 1936, he thought it temporary, and
he did not then know, and did not discover until December, 1938, that
his disability was total and permanent.

At the close of plaintiff's evidence the court granted motion for judg-
ment as in case of nonsuit. Plaintiff appeals therefrom to Supreme
Court and assigns error.

*Fred M. Parrish for plaintiff, appellant.*
*Smith, Wharton & Hudgins, Manly, Hendren & Womble, and I. E.
Carlyle for defendant, appellee.*

PER CURIAM. The evidence on this appeal fails to show that plaintiff
filed proof of total and permanent disability while the policy of insur-
ance was effective, and lacks sufficient excuse for such failure. The
judgment as of nonsuit must be
    Affirmed.